# UNITED STATES of America, Plaintiff–Appellee,

v.

# Dario ESPINOSA, a.k.a. D, a.k.a. Dario Espinosa–Alvarez, Defendant–Appellant.

## No. 09–16143
## Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 23, 2010.

Christopher Nida Patterson, Christopher N. Patterson, P.A., Panama City, FL, for Appellant.

Nancy J. Hess, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Appellee.

Before EDMONDSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Christopher Patterson, appointed counsel for Dario Espinosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Espinosa's convictions and sentences are **AFFIRMED.**